IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BOBBY RISTE,<br><br>        Defendant.<br>_____ / | No. C 05-4635 MEJ<br><br>**ORDER** |

    The United States has filed a complaint in a civil action against the defendant for a violation of Title 18, United States Code, Section 35(a), for imparting or conveying false information. On December 1, 2005, the defendant appeared before this Court, waived service of the complaint under Federal Rule of Civil Procedure 4, and admitted the sole allegation in the complaint.

    Therefore, it is HEREBY ORDERED that judgment is entered in favor of the plaintiff. The defendant is ordered to pay a $1,000 civil penalty to the United States on or before December 31, 2006. The Parties are to file a stipulation of dismissal once the civil penalty is paid.

    **IT IS SO ORDERED.**

Dated: December 5, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge