**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                   No. C 05-4635 MEJ

12              Plaintiff,                        **ORDER VACATING FEBRUARY 16,
                                                  2006 CASE MANAGEMENT
13       v.                                       CONFERENCE**

14   BOBBY RISTE,

15              Defendant.
     _____/

16

17          On December 5, 2005, the Court entered judgment in favor of Plaintiff and against

18   Defendant in the amount of $1,000.00, and ordered that the parties file a stipulation for dismissal

19
     upon completion of payment.  Accordingly, the Court finds a status conference unnecessary and
20
     hereby VACATES the February 16, 2006 Case Management Conference scheduled in this matter.
21

22          **IT IS SO ORDERED.**

23

24

25   Dated: February 6, 2006                     _____
                                                 MARIA-ELENA JAMES
26                                               United States Magistrate Judge

27

28

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28