**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-4635 MEJ |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| vs. | |
| BOBBY RISTE, | |
| Defendant(s). | |

On December 5, 2005, the Court entered judgment in favor of Plaintiff United States of America and against Defendant Bobby Riste. Accordingly, the Court hereby DISMISSES the above-captioned matter. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: November 3, 2008

MARIA-ELENA JAMES
United States Magistrate Judge